IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RICO DEON SHAMBURGER,** | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 06-0838-CG-M |
| | ) |
| | ) |
| **THE CITY OF MOBILE, et al.,** | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## JUDGMENT

In accordance with the court's order entered this date, granting Defendants' motions for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED with prejudice.** Costs are to be taxed against the Plaintiff.

**DONE and ORDERED** this 23rd day of July, 2008.

                                                    /s/ Callie V. S. Granade
                                         CHIEF UNITED STATES DISTRICT JUDGE